**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CALISTOGA WINES & SPIRITS, LLC,**
**PITTS WINE & SPIRITS, LLC,**
**BUCKSHOTS, LLC**                                                        **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO. 3:26-CV-241-CWR-ASH**

**RUAN TRANSPORT CORPORATION**                                   **DEFENDANT**

**MOTION TO STAY DISCOVERY**

COMES NOW Defendant, Ruan Transport Corporation ("Ruan") and files this Motion to Stay Discovery pending the Court's ruling related to Ruan's Motion to Dismiss currently pending before this Court or, alternatively, pending ruling on the motion to transfer and consolidate filed by plaintiffs in *Aloha Wine & Spirits, LLC, et al. v. Ruan Transport Corporation*, No. 1:26-CV-00098-TBM-RPM, currently pending in the Southern Division of the Southern District of Mississippi ("*Aloha*"). In further support, Ruan would state as follows:

1.      On May 1, 2026, Plaintiffs filed a First Amended Complaint asserting claims for negligence, gross negligence, breach of contract, fraud in the inducement, and unjust enrichment. Dkt. 6.

2.      On May 29, 2026, Ruan filed a Motion to Dismiss which seeks dismissal of each of Plaintiffs' claims as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6).

3.      Pursuant to the Court's orders, a Telephonic Case Management Conference is scheduled for July 10, 2026.  *See* Dkt. 2 (Rule 16(a) Initial Order); Text Order, June 4, 2026.

4.      District Courts in Mississippi and the Fifth Circuit regularly stay discovery where there are preliminary questions of law which may dispose of the case, holding that judicial

1

economy is served by resolving such threshold issues before expending the resources required to conduct discovery.

5.      Following such guidance here and staying all discovery pending the Court's ruling on Ruan's pending Motion to Dismiss will likewise serve the interests of judicial economy and prevent the parties' expending resources on discovery which may be rendered unnecessary.

6.      Alternatively, because plaintiffs in *Aloha* are currently seeking to consolidate their claims with this action, Ruan would request a stay pending resolution of the motion to transfer and consolidate in *Aloha*.

7.      For these reasons, and those explained more fully in Ruan's Memorandum of Law filed contemporaneously herewith and which is incorporated herein, this Court should grant Ruan's Motion to Stay Discovery.

8.      Counsel for Ruan has contacted counsel for Plaintiffs to determine whether they are opposed to this motion but has not received a definitive response as of this filing.

WHEREFORE, PREMISES CONSIDERED, Defendant Ruan requests that this Court enter a stay of all discovery pending the Court's ruling related to Ruan's Motion to Dismiss currently pending before this Court or, alternatively, pending ruling on the motion to transfer and consolidate filed by plaintiffs in *Aloha*.  Ruan would further request any other relief this Court deems just and proper.

Respectfully submitted, this the 23rd day of June, 2026.

RUAN TRANSPORT CORPORATION

BY:    BALCH & BINGHAM LLP

BY:    *s/ Matthew W. McDade*
         OF COUNSEL

2

MATTHEW W. McDADE (MS Bar No. 103207)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
mmcdade@balch.com

MATTHEW G. WARREN (MS Bar No. 106349)
BALCH & BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39202
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
mgwarren@balch.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter registered with the CM/ECF system.

This the 23rd day of June, 2026.

*s/ Matthew W. McDade*
Of Counsel
